UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STEVEN EARL ADAMS** | **CASE NO. 3:19-CV-00281** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **MONROE TRANSIT SYSTEM 1ST TRANSIT** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 25] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART as follows:**

To the extent that Defendants move for dismissal under Rules 12(b)(2), 12(b)(4) and 12(b)(5) for lack of personal jurisdiction, insufficiency of process, and insufficiency of service of process, the motion is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss for failure to state a claim under Rule 12(b)(6) is **DENIED AS MOOT**.

MONROE, Louisiana, this 30th day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE